NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**KEVIN PATRICK BRADY,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

———————————

2013-5081

———————————

Appeal from the United States Court of Federal Claims in No. 12-CV-0373, Judge Lawrence J. Block.

———————————

**ON MOTION**

———————————

**O R D E R**

The court treats Kevin Patrick Brady's June 10, 2013 submission and May 20, 2013 informal brief as a motion to reinstate his appeal.

On May 30, 2013, this appeal was dismissed for failure to file an opening brief. Mr. Brady has now submitted a brief.

2                                                                KEVIN BRADY v. US

Upon consideration thereof,

IT IS ORDERED THAT:

1) The motion is granted.   The May 30, 2013 dismissal order is vacated, the mandate is recalled, and appeal No. 2013-5081 is reinstated.

2) The informal brief filed on May 20, 2013, is accepted as Mr. Brady's informal brief in 2013-5081.

3) The United States' informal brief is due within 21 days from the date of filing of this order.

FOR THE COURT


/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s25